UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Z. R.
                Plaintiff,

v.                                          Case No.: 1:23−cv−01146
                                            Honorable Franklin U. Valderrama

Samuel Finkelstein
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 9, 2023:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons listed in the motion, Plaintiff a minor child, motion to proceed under pseudonym [2], is granted. Additionally, the Court has reviewed Plaintiff's motion for reassignment based on relatedness [6]. Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 40.4, Plaintiff appears to move for reassignment of this case, Z.R. v. Samuel Finkelstein, No. 23−cv−01146, to the Court in in Z.R. v. Board of Education of the City of Chicago, et al., No. 19−cv−4115 because it is related to the common operative facts currently pending before that Court. L.R. 40.4(c) provides that a motion to reassign a case "shall be filed in the lowest−numbered case of the claimed related set and noticed before the judge assigned to that case." Thus, the motion for reassignment should have been filed in 19−cv−4115 as it is the lower numbered case. As such, the Court denies the motion to reassign [6]. Emailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.